No. 16,908.

MAJOR *v.* MISENHEIMER.
(255 P. [2d] 976)

Decided March 30, 1953. Rehearing denied April 20, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN P. BECK, for plaintiff in error.

Mr. A. X. ERICKSON, Mr. DON B. OLIVER, Miss LILA I. LUDLAM, for defendant in error.